An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

QUINTAY LINER A/K/A QUINTAY A. LINER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63196



FILED

JUN 13 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction, pursuant to a jury verdict, of burglary while in possession of a firearm, attempted robbery with use of a deadly weapon, conspiracy to commit robbery with use of a deadly weapon, and two counts of robbery with use of a deadly weapon. Eighth Judicial District Court, Clark County; Valorie J. Vega, Judge.

Appellant has filed a notice of voluntary withdrawal of this appeal. Appellant acknowledges that he has been informed of the "facts, circumstances and possible consequences surrounding such and appeal," and, having been so informed, "freely and voluntarily" requests dismissal

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17488

of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:  Hon. Valorie J. Vega, District Judge
     Clark County Public Defender
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk
     Quintay Liner

_____

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.